FAY WEBB VALLEE, Appellant, v. HUBERT PRIOR VALLEE, Respondent.— Order affirmed. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of DAVID E. SINGER, an Attorney.— Reference ordered. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of FRANK MELVILLE WILCOX, an Attorney.— Reference ordered. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

WILLIAM F. WALSH and Another, Individually and as Executors, etc., of MARY M. WALSH, Deceased, Respondents, v. JULES S. BACHE and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.